UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 8512 |
| | ) | |
| v. | ) | |
| | ) | Judge Hibbler |
| DOCTORS CHOICE HOMEHEALTH | ) | Magistrate Judge Valdez |
| MEDICAL EQUIPMENT, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims against defendant Doctors Choice Homehealth Medical Equipment, Inc. without prejudice and without costs. Plaintiff voluntarily dismisses its class claims against defendant Doctors Choice Homehealth Medical Equipment, Inc. without prejudice and without costs. Plaintiff Able Home Health, LLC dismisses its individual and class claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

  s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on December 14, 2011, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, on the following party:

Doctors Choice Homehealth Medical Equipment, Inc.
1345 S. Michigan Avenue
Chicago, IL 60605


   s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)