# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

| | |
|---|---|
| Able Home Health, LLC | |
| | Plaintiff, |
| v. | Case No.: 1:11−cv−08512 |
| | Honorable William J. Hibbler |
| Doctors Choice Homehealth Medical Equipment, Inc., et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2011:

MINUTE entry before Honorable William J. Hibbler: Pursuant to notice, this case is dismissed as to individual claims against defendant DOctors Choice Homehealth Medical Equipment, Inc. without prejudice and without costs. Plaintiff voluntarily dismisses its class claims against defendant Doctors Choice Homehealth Medical Equipment, Inc. without prejudice and without costs. Plaintiff dismisses its individual and class claims against John Does 1−10 without prejudice and without costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.